USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/08

RECEIVED

JUN 2 4 2008

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S. D. N. Y.

**THE CITY OF NEW YORK**

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOHANA V. CASTRO**
Assistant Corporation Counsel
phone: (212) 788-0976
fax: (212) 788-9776
email: jcastro@law.nyc.gov

June 23, 2008

BY HAND
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Joseph Graham v. City of New York et al., 08 CV 4190 (LAP)

Dear Judge Preska:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the above-referenced case. I am writing with the consent of plaintiff's counsel, Brett Klein, Esq., to respectfully request a sixty-day enlargement of time, from June 23, 2008 to August 22, 2008 within which the City may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time in this action.

The complaint alleges, inter alia, that plaintiff Joseph Graham was falsely arrested, imprisoned and maliciously prosecuted. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. To this end, the City will need to obtain releases from plaintiff to access the underlying arrest and criminal court records regarding this action. The enlargement of time will therefore afford us the opportunity to investigate the matter.

For the foregoing reasons, it is respectfully requested that the City's time to respond to the complaint be extended to August 22, 2008.

June 29, 2008

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Thank you for your consideration in this regard.

Respectfully submitted,

Johana Castro (JC 1809)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    BY FAX
       (718) 522-3225
       Brett Klein, Esq.
       Attorney for Plaintiff
       45 Main Street, Suite 230
       Brooklyn, NY 11201